IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MULSKE, | NO. CV 23-6458-PA (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| WARDEN OF VICTORVILLE CAMP FCI MEDIUM I, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Respondent's motion to dismiss is granted.

IT IS FURTHER ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action as moot.

DATED:  August 30, 2024   _____

PERCY ANDERSON
United States District Judge