JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MULSKE, | NO. CV 23-6458-PA (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN OF VICTORVILLE CAMP FCI MEDIUM I, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed as moot.

DATED: August 30, 2024

_____
PERCY ANDERSON
United States District Judge